## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

**LORENZO CORNELIUS**                    **CIVIL ACTION NO. 07-356-P**

**VERSUS**                               **JUDGE WALTER**

**WARDEN SHIVERS**                       **MAGISTRATE JUDGE HORNSBY**

### ORDER

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has previously filed an application  for writ of habeas corpus attacking the convictions and sentences challenged herein.  The previous application was denied with prejudice on May 9, 2005.  See Cornelius v. Warden, 04-cv-2593.

Before Petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Fifth Circuit for an order authorizing the district court to consider the application.  28 U.S.C. §2244(b)(3).

Accordingly, **IT IS HEREBY ORDERED** that this action is stayed for a period of sixty (60) days.  Petitioner's failure to obtain authorization within that time from the United States Court of Appeals for the Fifth Circuit to proceed with this action will result in this petition being stricken from the record.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this the 21st day of May 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

H:\05-Electronic-Documents\07-356 Cornelius.07-356.5-07.wpd SIGNED.wpd